JAMES C. NIELSEN (111889)
*jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
*tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 15.<br><br>Defendants. | Action No.: C08-03981CW<br><br>DEFENDANT UNITED NATIONAL'S CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b) |

I, Fatima Puente, declare and certify as follows:

I am over the age of 18 years and not a party to this action. My business address is 44 Montgomery Street, Suite 750, San Francisco, California, where the mailing described below took place.

On August 21, 2008, I deposited in the United States Mail at San Francisco, California, in a postage prepaid envelope addressed to plaintiff's attorneys, Joseph M. Fenech, Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, CA 94111, copies of the following documents:

1

1. Notice of Removal to Federal Court, dated August 20, 2008.

2. State Court Notice of Removal Of Action to Federal Court Under 28 U.S.C. § 1441(b), dated August 20, 2008.

3. Civil Cover Sheet.

4. Order Setting Initial Case Management Conference and ADR Deadlines.

5. Notice of Availability of Magistrate Judge To Exercise Jurisdiction.

6. Document entitled "Location Guide to Court Offices, Oakland Federal Buildings."

7. Document entitled "ECF Registration Information Handout."

8. Document entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California."

9. Standing Order regarding civil matters of Honorable Claudia Wilken.

10. This Certification of Service

A true and correct copy of the State Court Notice of Removal of Action to Federal Court Under 28 U.S.C. § 1441(b), dated August 20, 2008, is attached to this Certificate.

I declare and certify under penalty of perjury that the foregoing is true and correct. Executed August 21, 2008, at San Francisco, California.

BY: *Fatima Puente*
FATIMA PUENTE

JAMES C. NIELSEN (111889)
*jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
*tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
UNITED NATIONAL INSURANCE COMPANY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 15.<br><br>Defendants. | Action No.: SCV-243251<br><br>STATE-COURT NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) |

TO THE CLERK OF THE COURT, TO PLAINTIFF AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant United National Insurance Company has filed a Notice of Removal of this action, pursuant to 28 U.S.C. § 1441(b), in the United States District Court for the Northern District of California. United National filed the Notice of Removal on August 20, 2008, and the District Court has assigned the matter Action No. C 08-3981 CW. A true and correct copy of the Notice of Removal is attached hereto.

1

STATE COURT NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b).

1
2
3
4  Dated: August 20, 2008
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NIELSEN, HALEY & ABBOTT LLP

By: _____
Thomas H. Nienow
Attorneys for Defendant
UNITED NATIONAL INSURANCE COMPANY

*Scotsdale Insurance Co. v. United National Ins. Co.*
*Sonoma Superior Court, Case No.: SCV-243251*

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**STATE-COURT NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C.§ 1441(b)**

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

<u>**Attorney for Plaintiff, Scottsdale Insurance Co., an Ohio Corp.**</u>
Joseph M. Fenech
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 891-6630

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 21, 2008, at San Francisco, California.

*Fatima Puente*
Fatima Puente