JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
 *tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 15.<br><br>Defendants. | Action No.: C08-03981CW<br><br>DEFENDANT UNITED NATIONAL'S CERTIFICATION AS TO INTERESTED PARTIES. |

The undersigned, counsel of record for United National Insurance Company, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- United National Insurance Company, defendant.
- United America Indemnity, Ltd., owner of United National Insurance Company.

|   |   |   |
|---|---|---|
| 1 |  | NIELSEN, HALEY & ABBOTT LLP |
| 2 |  |  |
| 3 |  |  |
| 4 | Dated: August 27, 2008 | By: _____ |
| 5 |  | Thomas H. Nienow |
| 6 |  | Attorneys for Defendant |
|   |  | UNITED NATIONAL INSURANCE COMPANY |

*Scottsdale Insurance Company v. United National Ins. Co.*
United State District Court, Northern District Court No.: C08-03981 CW

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

DEFENDANT UNITED NATIONAL'S CERTIFICATION AS TO INTERESTED PARTIES

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Plaintiff, Scottsdale Insurance Co., an Ohio Corp.**
Joseph M. Fenech
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 891-6630

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

_____
Fatima Puente

---

PROOF OF SERVICE