IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>              Defendant.<br>_____/ | No. C 08-3981 CW<br><br>ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

   The following briefing schedule will apply to the parties' early cross-motions for summary judgment.  Plaintiff's opposition to Defendant's motion for summary judgment, which was filed on March 12, must be filed by March 26 and must be contained in a single brief together with its cross-motion.  The brief may not exceed twenty-five pages in length.  Defendant's reply in support of its motion must be contained in a single brief together with its opposition to Plaintiff's cross motion.  The brief may not exceed fifteen pages in length and must be filed by April 2.  Plaintiff's reply in support of its cross-motion may not exceed fifteen pages in length and must be filed by April 9.  The cross-motions will be heard on April 23 at 2:00 p.m.

1   This order resolves Plaintiff's motion for an order shortening
2 the time for hearing its cross-motion for summary judgment (Docket
3 No. 17).
4   IT IS SO ORDERED.

6 Dated: 3/26/09

_____
CLAUDIA WILKEN
United States District Judge