IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 08-3981 CW<br><br>ORDER CONTINUING HEARING |

    The Court hereby puts over the hearing on the parties' cross-motions for summary judgment from April 23, 2009 to April 30, 2009 at 2:00 p.m.  If either party is unavailable at the new time, the parties may stipulate to continue the hearing to a mutually convenient date.

    IT IS SO ORDERED.

Dated: 4/14/09

_____
CLAUDIA WILKEN
United States District Judge