JAMES C. NIELSEN (111889)
 jnielsen@nielsenhaley.com
THOMAS H. NIENOW (136454)
 tnienow@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 15.<br><br>Defendants. | Action No.: C08-03981CW<br><br>STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURE AND TO COMPLETE MEDIATION; ORDER.<br><br>[Local Rules 6-2 and 7-12] |

Pursuant to Local Rules 6-2 and 7-12, defendant United National Insurance Company and plaintiff Scottsdale Insurance Company, through the signatures of their respective counsel below, hereby stipulation to continue the deadline for disclosure of expert-witness information from April 30, 2009, to May 30, 2009, and to continue the deadline to complete mediation from May 4, 2009, to June 4, 2009. The parties' request the continuances because they believe that the hearing of the pending cross-motions for summary judgment or partial summary judgment, recently continued by the Court from

i

April 23, 2009, to April 30, 2009, will likely obviate the need for expert disclosure or mediation in this matter, so that continuing both of the relevant dates will likely preclude the unnecessary expenditure of the Court's, the mediator's, and the parties' resources. The dates have not been previously continued, and the parties do not believe their continuance will affect any other deadline in this matter.

Respectfully submitted,

NIELSEN, HALEY & ABBOTT LLP

April 17, 2009                    By: _____
                                      Thomas H. Nienow
                                      Attorneys for Defendant
                                      UNITED NATIONAL INSURANCE COMPANY


LOW, BALL & LYNCH

April 17, 2009                    By: _____
                                      David L. Blinn
                                      Attorneys for Plaintiff
                                      SCOTTSDALE INSURANCE COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.

April 23, 2009                        _____
                                      Honorable Claudia Wilken
                                      UNITED STATES DISTRICT JUDGE

*Scottsdale Insurance Company v. United National Ins. Co.*
United States District Court, Northern District Court No.: C08-03981 CW

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURE AND TO COMPLETE MEDIATION; ORDER**

[ ]     (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]     (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]     (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]     (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ X ]   **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorney for Plaintiff**
**Scottsdale Insurance Co., an Ohio Corp.**
Joseph M. Fenech, Esq.
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 891-6630
Fax: (415) 433-7311

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 17, 2009, at San Francisco, California.

*Fatima Bonilla*
Fatima Bonilla

---

PROOF OF SERVICE