JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
 *tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Defendant
UNITED NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY and DOES 1 through 15.<br><br>Defendants. | Action No.: C08-03981CW<br><br>STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURE AND TO COMPLETE MEDIATION; ORDER.<br><br>[Local Rules 6-2 and 7-12] |

Pursuant to Local Rules 6-2 and 7-12, defendant United National Insurance Company and plaintiff Scottsdale Insurance Company, through the signatures of their respective counsel below, stipulate to continue the deadline for disclosure of expert-witness information from May 30, 2009, to June 30, 2009, and to continue the deadline to complete mediation from June 4, 2009, to July 3, 2009.

The parties' request the continuances because they believe that a decision on the pending cross-motions for summary judgment or partial summary judgment, as to which

i

STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURE AND TO COMPLETE MEDIATION; ORDER.

the Court heard oral argument on April 30, 2009, will likely obviate the need for expert disclosure or mediation in this matter, so that continuing both of the relevant dates will likely preclude the unnecessary expenditure of the Court's, the mediator's, and the parties' resources.

Additionally, at the April 30 hearing, the Court ordered the parties to contact counsel in the underlying *Williams v. Miller* action to determine whether a global settlement of this action, the *Williams* action, and the related underlying workers' compensation proceeding might be obtained by way of the judicial mediation in this action. The mediator, Anne M. Lawlor Goyette, has subsequently conducted two conference calls, and has scheduled a third conference call for June 2, 2009, with all counsel. The undersigned expect the mediator to schedule mediation during the upcoming conference call, because the May 28, 2009, deadline to file a writ petition in the workers' compensation matter, which might affect the positions of some of the underlying parties, will have passed.

The dates have been previously continued only once before, and the parties do not believe their further continuance will affect any other deadline in this matter.

        Respectfully submitted,

        NIELSEN, HALEY & ABBOTT LLP

May 26, 2009        By: _____
            Thomas H. Nienow
        Attorneys for Defendant
        UNITED NATIONAL INSURANCE COMPANY

        LOW, BALL & LYNCH

May ___, 2009        By: _____
            David L. Blinn
        Attorneys for Plaintiff

SCOTTSDALE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 8, 2009

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28